# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN WRIGHT

NO. 2025 KW 0583

**AUGUST 22, 2025**

---

In Re:     Donovan Wright, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 742992.

---

**BEFORE:     THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

                                **MRT**
                                **AHP**
                                **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT